RECEIVED

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
08 SEP -4 PM 2: 00
www.cand.uscourts.gov

SEP  4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

General Court Number

ORIGINAL
FILED

AUG 29 2008

August 28, 2008

United States District Court
Eastern District of California
4-200 United States Courthouse
Sacramento, CA 95814-2322

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

2:08 cv 2055 JFM HC

RE: CV 07-06137 MMC  CHARLES CHATMAN-v-TOM FELKER

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith
are:

☒     Certified copy of docket entries.

☒     Certified copy of Transferral Order.

☒     Original case file documents.

☒     Please access the electronic case file for additional pleadings you may need.  See
the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by:  Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record